### EX PARTE CAWHORN.

*Mandamus.*

Original Petition in Supreme Court.
A. R. POWELL, and A. W. WHALEY, for petitioner.
W. O. MULKY, for respondent.
Per curiam.—Dismissed for want of prosecution.